IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

JAMES E. EDWARDS,

    Plaintiff,                 No. CIV S-09-3246 GGH P

    vs.

WARDEN SISTO, et al.,

    Defendants.           ORDER

                                     /

On December 16, 2009, plaintiff filed a pleading stating that he wanted to "withdraw[] this separate action" because he intends to join as a plaintiff in CIV S-08-620 JAM CMK P. No defendants have appeared. The court construes this as a request to voluntarily dismiss this action. Pursuant to Fed. R. Civ. P. 41(a), the action is dismissed.

Accordingly, the Clerk of Court shall close this case.

DATED: January 5, 2010

                                     /s/ Gregory G. Hollows
                                     UNITED STATES MAGISTRATE JUDGE

ed3246.dis